AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DUSTIN KELLEY, a/k/a DUSTIN SHERWOOD, MK FARMS
was received by me on *(date)* November 9th, 2017.

☑ I personally served the summons on the individual at *(place)* Iuka Co-Op Exchange South, 1003 S. Main Street, Pratt, Kansas 67214 on *(date)* November 10th, 2017; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: November 10th, 2017

*Patrick Atkins* (signature)
*Server's signature*

Patrick Atkins, Licensed Private Detective #D-069
*Printed name and title*

330 N. Main Street
Wichita, KS 67202
(316) 371-7592
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the District of Kansas

| | |
|---|---|
| OKLAHOMA GENETICS, INC.<br>    Plaintiff,<br><br>vs.<br><br>DUSTIN KELLEY a/k/a DUSTIN SHERWOOD,<br>MK FARMS, and JOHN DOES 1-25,<br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 6:17-CV-1275<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE OF PROCESS

I, Patrick Atkins, state I am a Licensed Private Detective, authorized by K.S.A 60-303 to serve legal process in the state of Kansas, am over the age of twenty one, a U.S. Citizen and meet the requirements to serve U.S. District Court legal process. I received a Summons, Complaint, Exhibit and Cover Letter and delivered same.

On Friday, November 10th, 2017 I met Dustin Kelley, a/k/a Dustin Sherwood, at Iuka Co-Op Exchange South, 1003 S. Main Street, Pratt, Kansas. I explained to Mr. Kelley I had a Summons, Complaint and supporting documents, naming him in a civil suit, filed against him in federal court. Mr. Kelley was seated in a black GMC truck. Mr. Kelley had the driver's compartment door open and I was standing adjacent to him with the Summons and Complaint. Mr. Kelley withdrew his hands towards his lap in a behavior indicating he would not take the legal process from my hand, I then placed the paperwork onto his lap. Mr. Kelley stated "not me", grabbed the paperwork from his lap, tossed it onto the ground, closed the driver's compartment door and drove from the area.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day November, 2017.

                 _/s/ Patrick Atkins_
                 Patrick Atkins, #D-069
                 Licensed Private Detective

**SUBSCRIBED AND SWORN** to before me, a Notary Public in and for said county and state, on this 13th day of November, 2017.

BARBARA AUBUCHON
Notary Public - State of Kansas
My Appt. Expires 2-26-20

                 _/s/ Barbara Aubuchon_
                 Notary Public

Paragon Investigations, 330 N. Main, Wichita, KS 67202 (316) 371-7592